UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL W. COCHRAN,

    Plaintiff,                                                                             Case No. 1:07-CV-228

v.                                                                                       Hon. Richard Alan Enslen

PATRICIA CARUSO, et al.,

    Defendants.
    _____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

    The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

    **THEREFORE, IT IS ORDERED** that the Report and Recommendation of United States Magistrate Judge Ellen S. Carmody filed January 11, 2008 (Dkt. No. 27) is **APPROVED** and **ADOPTED** as the opinion of the Court.

    **IT IS FURTHER ORDERED** that Defendant Patricia Caruso's Motion for Summary Judgment (Dkt. No. 14) and Defendant Correctional Medical Services, Inc.'s Motion for Summary Judgment (Dkt. No. 23) are **GRANTED** and Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED** for the reason(s) stated in the Report and Recommendation.

    **IT IS FURTHER ORDERED** that upon review of Plaintiff's claims, this Court can discern no good-faith basis for an appeal and so certifies in accordance with *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

Dated in Kalamazoo, MI:                                    /s/Richard Alan Enslen
February 11, 2008                                             Richard Alan Enslen
                                                                         Senior United States District Judge